IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM BLANDINO,
Petitioner,
vs.
JJOSEPH LOMBARDO, SHERIFF; THE
HONORABLE MICHELLE LEAVITT,
DISTRICT JUDGE; AND THE
HONORABLE LINDA MARIE BELL, OF
THE EIGHTH JUDICIAL DISTRICT
COURT,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84271

FILED

FEB 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR EXTRAORDINARY WRIT RELIEF*

This original, pro se petition for extraordinary writ relief seeks, on double jeopardy grounds, dismissal of the criminal charges against petitioner. In so seeking, petitioner acknowledges that he has not been convicted of the charged crimes at this point but points to circumstances of his pretrial detention and house arrest.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See United States v. Warneke*, 199 F.3d 906, 908 (7th Cir. 1999) ("Pretrial detention does not trigger the attachment of 'jeopardy' so as to invoke the protection of the Double Jeopardy Clause. And, the statute authorizing pretrial detention, 18 U.S.C. § 3142, is remedial, not punitive." (internal citations omitted)); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth*

 
22-06266

*Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc: Hon. Linda Marie Bell, Chief Judge
Hon. Michelle Leavitt, District Judge
Kim Blandino
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk